THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH JAMES CRITTENDON, JR., ) <br> a/k/a "KC", ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR05-5657 RBL <br><br> PROPOSED ORDER CONTINUING <br> PRETRIAL MOTIONS DUE DATE |

Based on the stipulation of the parties, it is hereby ordered as follows:

1. The pretrial motions due date is continued from October 4, 2005, until October 18, 2005.

2. Responses to pretrial motions shall be due on October 25, 2005.

Dated this <u>5th</u> day of October, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER CONTINUING
PRE TRIAL MOTIONS DUE DATE

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746

1  Presented by:

2  s/Walter G. Palmer
   WALTER G. PALMER
3  Attorney for defendant
   Washington State Bar Number 4756
4  1111 3rd Avenue, Suite 2220
   Seattle, WA 98101-3207
5  Telephone: 206/442-9232
   Facsimile: 206/682-3746
6  E-Mail: wgpalmer@mindspring.com

7

8  s/Gregory A. Gruber
   Assistant Untied States Attorney
9  Attorney for plaintiff
   1200 Pacific Avenue, Suite 700
10 Tacoma, WA 98402-4305
   Telephone: 253/428-3803
11 Facsimile: 253/428-3862
   E-Mail: gregory.a.gruber@usdoj.gov
12

13

14
   crittendon order on stip.
15

16

17

18

19

20

21

22

23

24

25

26
   PROPOSED ORDER CONTINUING
   PRE TRIAL MOTIONS DUE DATE

- 2 -