THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH JAMES CRITTENDON, JR., ) <br> a/k/a "KC", ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR05-5657 RBL <br><br> ORDER CONTINUING <br> PRETRIAL MOTIONS DUE DATE <br> AND TRIAL DATE |

The Court having reviewed the records and files herein and having considered defendant Crittendon's motion to continue pretrial motions due date and trial date makes the following findings and enters the following order:

1. Additional time is necessary for the parties to prepare for trial.

2. The ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The failure to grant a continuance based upon the parties need to prepare the matter for trial would result in a miscarriage of justice.

3. The defendant will sign and file a written waiver of speedy trial through February 28, 2006.

IT IS HEREBY ORDERED that

1. The pretrial motions due date is continued from October 18, 2005, until December 6, 2005.

2. Responses to pretrial motions shall be due on December 20, 2005.

PROPOSED ORDER CONTINUING
PRE TRIAL MOTIONS DUE DATE & TRIAL DATE

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746

1    3. The period of delay resulting from this continuance from **November 14, 2005 to February 13, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **FEBRUARY 13, 2006 @ 9:00 a.m**

The Pretrial Conference is rescheduled for **FEBRUARY 2, 2006 @ 9:00 a.m.**

The Motions Cutoff date is extended to **December 6, 2005.**

DONE this 19th day of October, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Walter G. Palmer
WALTER G. PALMER
Attorney for Defendant Crittendon
Washington State Bar Number 4756
1111 3rd Avenue, Suite 2220
Seattle, WA 98101-3207
Telephone: 206/442-9232
Facsimile: 206/682-3746
E-Mail: wgpalmer@mindspring.com

crittendon order to continue

PROPOSED ORDER CONTINUING
PRE TRIAL MOTIONS DUE DATE & TRIAL DATE

- 2 -

Walter G. Palmer Inc. P.S.
1111 Third Avenue, #2220
Seattle, WA 98101-3207
(206) 442-9232
Fax: (206) 682-3746