1
2
3          **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5
6    **UNITED STATES OF AMERICA,**                    **Case No. CR05-5657RBL**

            **Plaintiff,**
7                                                     **INITIAL ORDER RE:**
         **v.**                                       **ALLEGATIONS OF**
8                                                     **VIOLATION OF**
      **KENNETH CRITTENDON JR,**                      **CONDITIONS OF**
                                                      **SUPERVISION**
9                    **Defendant.**
10
11
12         THIS MATTER comes on for an initial hearing on the Petition of the United States Probation
      Office alleging that the defendant has violated the conditions of supervision.
13
           The plaintiff appears through Assistant United States Attorney, David Jennings.
14
           The defendant appears personally and represented by counsel, Colin Fieman.
15
           The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
16    supervision, and the defendant has been advised of the allegation(s).
17         The court finds probable cause with regard to the allegation(s) and schedules a hearing on the
      petition to be held at the time and date below set forth before Judge Ronald B. Leighton:
18
                     _Date of hearing: October 17, 2008_
19
                     _Time of hearing: 9:30 am_
20
           IT IS ORDERED that the defendant:
21
           (  )  Be released on an appearance bond, subject to the terms and conditions set forth thereon.
22
           (X)  Be detained for failing to show that he/she will not flee or pose a danger to any other person
23               or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered
                 by the court for further proceedings.
24
           The clerks shall direct copies of this order to counsel for the United States, to counsel for the
25    defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services
      Office.
26
                                         **October 9, 2008.**
27
28                                       __s/Karen L. Strombom_____
                                         **Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1